# EXHIBIT A

# United States Patent Office

708,352
Registered Dec. 13, 1960

## PRINCIPAL REGISTER
## Trademark

Ser. No. 85,460, filed Nov. 17, 1959

## AUDI

Auto Union G.m.b.H. (German corporation)
Ingolstadt (Danube), Germany

For: AUTOMOBILES, INCLUDING MOTOR CARS FOR PERSONAL USE AND TRUCKS, AND STRUCTURAL PARTS THEREOF, INCLUDING AUTOMOBILE HEATERS AND VENTILATORS, LOCKS AND CLOSURES FOR AUTOMOBILE COOLERS, AND AUTOMOBILE SAFETY LOCKS, in CLASS 19.

The term "Audi" is derived from the Latin word "audio," meaning "I hear."

Owner of German Reg. No. 342,358, dated Oct. 26, 1925.