EXHIBIT B

## LIST OF AUDI'S U.S. REGISTRATIONS INCLUDING THE WORD AUDI

|  | Word Mark | U.S. Serial No. | U.S. Reg. No. | Status | Design |
|---|---|---|---|---|---|
| 1 | AUDI | 79170349 | 5093264 | Live | n/a |
| 2 | AUDI | 79170331 | 4995364 | Live | n/a |
| 3 | AUDI | 79163287 | 4911093 | Live | n/a |
| 4 | AUDI | 86352729 | 4875308 | Live | n/a |
| 5 | AUDI ON DEMAND | 86384253 | 4860711 | Live | n/a |
| 6 | AUDI URBAN FUTURE AWARD | 85321806 | 4451725 | Live | n/a |
| 7 | AUDI SERVICE TV | 79116375 | 4336806 | Live | n/a |
| 8 | AUDI ENERGY ASSIST | 85294451 | 4297012 | Live | n/a |
| 9 | AUDI | 85466938 | 4284786 | Live |  |
| 10 | AUDI CONNECT | 8597270 | 4280048 | Live | n/a |
| 11 | AUDI CONNECT | 85386804 | 4278066 | Live | n/a |
| 12 | AUDI PRE SENSE | 85241396 | 4276324 | Live | n/a |
| 13 | AUDI TRUTH IN ENGINEERING | 85125072 | 4072787 | Live |  |
| 14 |  |  |  |  |  |
| 15 | AUDI | 77415958 | 3790698 | Live | n/a |
| 16 | AUDI | 78351424 | 2987328 | Live |  |
| 17 | AUDI | 76555604 | 2912419 | Live | n/a |
| 18 | AUDI FINANCIAL SERVICES | 75564697 | 2303986 | Live |  |
| 19 | AUDI | 75090951 | 2083439 | Live |  |
| 20 | AUDI | 75065880 | 2073484 | Live |  |
| 21 | AUDI | 74599494 | 1928291 | Live | n/a |
| 22 | AUDI | 74317992 | 1793869 | Live | n/a |
| 23 | AUDI | 73558737 | 1416584 | Live | n/a |
| 24 | AUDI | 73558735 | 1416583 | Live |  |
| 25 | AUDI | 73062417 | 1079063 | Live | n/a |
| 26 | AUDI | 72085460 | 0708352 | Live | n/a |