# EXHIBIT C

# United States Patent Office

**906,525**
Registered Jan. 26, 1971

## PRINCIPAL REGISTER
### Trademark

Ser. No. 336,890, filed Sept. 3, 1969



Audi NSU Auto Union Aktiengesellschaft (German corporation)
Postfach 220
8070 Ingolstadt, Germany, by merger and change of name from
Auto Union G.m.b.H. (German corporation)
Ingolstadt, Germany

For: AUTOMOBILES, AUTOMOBILE RADIATORS, STEERING WHEELS, AND WHEEL CAPS, in CLASS 19 (INT. CL. 12).

For: AUTOMOBILE ENGINES, in CLASS 23 (INT. CL. 12).

First use Jan. 22, 1936; in commerce June 1955.

G. R. LEADER, Examiner