# EXHIBIT D

| Trademark Name | Device | U.S. Registration No. | U.S. Registration Date |
|---|---|---|---|
| AUDI RINGS | | 0906525 | 01/26/1971 |
| AUDI RINGS | | 2073484 | 06/24/1997 |
| AUDI RINGS | | 2083439 | 07/29/1997 |
| AUDI FINANCIAL SERVICES LOGO | | 2303986 | 12/28/1999 |
| AUDI RINGS | | 2987328 | 08/23/2005 |
| AUDI RINGS | | 3007305 | 10/18/2005 |
| AUDI RINGS | | 3201037 | 01/23/2007 |
| AUDI RINGS | | 3848240 | 09/04/2010 |
| AUDI TRUTH IN ENGINEERING LOGO | | 4072787 | 12/20/2011 |
| AUDI RINGS | | 4284786 | 02/05/2013 |
| AUDI RINGS | | 4911234 | 03/08/2016 |