# EXHIBIT E

# United States of America
## United States Patent and Trademark Office



Reg. No. 5,174,144

Registered Apr. 04, 2017

Int. Cl.: 8, 9, 10, 12, 14, 16, 20, 21, 24, 25, 27, 28

Trademark

Principal Register

Audi AG (GERMANY aktiengesellschaft)
85045 Ingolstadt
Ingolstadt FED REP GERMANY

CLASS 8: Hygienic and beauty implements for humans and animals, namely, manicure sets; food preparation implements, namely, kitchen knives and cutlery; hand-operated tools and implements for treatment of materials, and for construction, repair and maintenance, namely, multi-purpose shears and pocket-knives with multi-purpose attachments; lifting tools and parts and fittings of all the aforesaid goods included in this class, namely, hand-operated vehicle trolley jacks

CLASS 9: Information technology and audiovisual equipment, namely, loudspeakers, earphones, and blank USB flash drives; apparatus, instruments and cables for electricity, namely, photovoltaic cells and uninterruptible power supply apparatus, namely, batteries; optical devices, enhancers and correctors, namely, optical filters, spectacles, spectacle cases, goggles for sports, and sunglasses; measuring, detecting and monitoring instruments, indicators and controllers, namely, food timers

CLASS 10: Hearing protection devices, namely, ear plugs for protection against noise; feeding aids and pacifiers, namely, feeding bottles

CLASS 12: Vehicles and conveyances and parts and fittings of all the aforesaid goods included in this class, namely, automobiles and structural parts therefor

CLASS 14: Key rings of precious metals; time instruments, namely, watches and clocks; fitted cases for clocks being parts of clocks

CLASS 16: Bags and articles for packaging, wrapping and storage of paper, cardboard or plastics, namely, paper bags for packaging, plastic bags for packaging, and containers of cardboard for packaging; stationery and educational supplies, namely, pens, legal pads, adhesive notepads, and stationery; adhesives for stationery or household purposes; printed matter, namely, calendars, brochures in the field of automobiles, and stickers

CLASS 20: Furniture; furnishings, namely, chair pads

CLASS 21: Gardening articles, namely, flower vases; tableware, cookware and containers, namely, electric and non-electric corkscrews, knife blocks, cups and mugs, drinking flasks, and bowls made of precious metal

CLASS 24: Textile goods, and substitutes for textile goods, namely, towels of textiles, bed clothes in the nature of bed covers, duvet covers, pillow cases and bed sheets, and bed blankets

CLASS 25: Headgear, namely, caps; clothing, namely, t-shirts, polo shirts, hoodies, pajamas, undergarments, namely, teddies, trousers, out-door trousers, jackets, out-door jackets, vests, neckerchiefs, gloves, and bathrobes; footwear, namely, footwear, bath shoes, and shoes for babies

CLASS 27: Floor coverings and artificial ground coverings, namely, door mats



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

CLASS 28: Toys, games, playthings and novelties, namely, scale model cars, battery operated remote controlled toy vehicles and electronically operated toy motor vehicles, namely, cars and race cars

PRIORITY CLAIMED UNDER SEC. 44(D) ON GERMANY APPLICATION NO. 302015034177, FILED 04-10-2015, REG. NO. 302015034177, DATED 09-02-2015, EXPIRES 04-30-2025

The mark consists of the words "Audi Sport" located to the right of a right leaning parallelogram which is the same height as the capital "A" in "Audi".

No claim is made to the exclusive right to use the following apart from the mark as shown: "SPORT"

SER. NO. 86-784,924, FILED 10-12-2015
MARCIE R FRUM MILONE, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.