EXHIBIT F

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,405,143**

**Registered Sep. 24, 2013**

**Int. Cls.: 4, 9, 12, 14, 16, 18, 25, 27 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Teresa Stanek Rea*

Deputy Director of the United States Patent and Trademark Office

AUDI AG (FED REP GERMANY JOINT STOCK COMPANY)
85045 INGOLSTADT
FED REP GERMANY

FOR: INDUSTRIAL OILS AND GREASES; INDUSTRIAL LUBRICANTS; DUST ABSORBING, WETTING, AND BINDING COMPOSITIONS; FUELS, NAMELY, MOTOR SPIRIT; ILLUMINANTS; CANDLES AND WICKS FOR LIGHTING, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: INTERACTIVE, COMPUTERIZED AUTOMOTIVE CONTROL SYSTEM FOR INTEGRATING, MANAGING AND PROVIDING DRIVER ACCESS TO FUNCTIONS OF AUTOMOBILE NAVIGATION SYSTEM, ENTERTAINMENT FEATURES, NAMELY, CD PLAYERS, DVD PLAYERS, MP3 PLAYERS, TAPE PLAYERS AND RADIO, COMMUNICATIONS EQUIPMENT, NAMELY, TELEPHONES, VEHICLE ENVIRONMENTAL INFORMATION AND CONTROLS REGARDING HEATING AND COOLING AND AUTOMOBILE CONTROL SYSTEMS, ALL INCORPORATED INTO A MOTOR VEHICLE; KEYLESS ENTRY SYSTEM AND KEYLESS IGNITION SWITCH SYSTEM FOR AUTOMOTIVE VEHICLES COMPRISED OF A MICROPROCESSOR, ELECTRONIC SIGNAL RECEIVER, AND KEYFOB WITH ELECTRONIC SIGNAL TRANSPONDER; DIGITAL SWITCHING SYSTEMS COMPRISED OF INTERCONNECTED ELECTROMECHANICAL AND SOLID-STATE POWER MANAGEMENT ENCLOSURES WITH STANDARD AND CUSTOM KEYPADS FOR USER REMOTE CONTROL, THE FOREGOING FOR USE ON AUTOMOTIVE VEHICLE DASHBOARDS; DASHBOARD CRUISE CONTROLS AND TACHOMETERS FOR MOTOR VEHICLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: MOTOR VEHICLES, NAMELY, AUTOMOBILES, TRUCKS, VANS, SPORT UTILITY VEHICLES AND STRUCTURAL PARTS THEREFOR, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: WATCHES, WRISTWATCHES, MECHANICAL WATCHES, CHRONOMETERS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: WALL CALENDARS AND PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELD OF AUTOMOTIVE MAINTENANCE, REPAIR AND SERVICING AND VEHICLE OPERATION, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS, NAMELY, KEY CHAINS, KEY CASES, GARMENT BAGS, SPORTS BAGS, GENERAL

**Reg. No. 4,405,143** PURPOSE TROLLEY BAGS; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS; PARASOLS AND WALKING STICKS; WHIPS; HARNESSES AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, T-SHIRTS, SHIRTS, POLO SHIRTS, JACKETS, CAPS AND HATS AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: AUTOMOBILE FLOOR MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: MODEL CARS AND TOY CARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF A STYLIZED "S" WHICH PARTIALLY OVERLAPS WITH A SLANTED RECTANGLE ON THE LEFT. BOTH THE "S" AND THE BORDER OF THE RECTANGLE ARE SHADED TO INDICATE A METALLIC SHEEN.

PRIORITY DATE OF 11-22-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1129629 DATED 3-13-2012, EXPIRES 3-13-2022.

SER. NO. 79-118,041, FILED 3-13-2012.

CAITLIN WATTS-FITZGERALD, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.