# EXHIBIT G

Int. Cl.: 12
Prior U.S. Cl.: 19

Reg. No. 344,524

United States Patent and Trademark Office

Registered Mar. 30, 1937

10 Year Renewal

Renewal Term Begins Mar. 30, 1997

## TRADEMARK
## PRINCIPAL REGISTER



BENTLEY MOTORS LIMITED (UNITED KINGDOM CORPORATION)
16 CONDUIT STREET
LONDON W1, ENGLAND, BY CHANGE OF NAME FROM BENTLEY MOTORS (1931) LIMITED (GREAT BRITAIN CORPORATION) LONDON W1, ENGLAND

OWNER OF ENGLAND REG. NO. 528271, DATED 1-1-1932.

FOR: AUTOMOBILE AND CHASSIS THEREOF, IN CLASS 19 (INT. CL. 12).

FIRST USE 0-0-1919; IN COMMERCE 0-0-1919.

SER. NO. 71-379,179, FILED 6-2-1936.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 6, 1997.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Mar. 30, 1937                    Trade-Mark 344,524



RENEWED

Property of the U. S. Patent Office
Not to be taken from the Files.

# UNITED STATES PATENT OFFICE

Bentley Motors (1931) Limited, London, England

Act of February 20, 1905

Application June 2, 1936, Serial No. 379,179



## STATEMENT

*To the Commissioner of Patents:*

Bentley Motors (1931) Limited, a corporation duly organized under the laws of Great Britain and Northern Ireland and located at and doing business at 16 Conduit Street, London, W1, England, has adopted and used the trade-mark shown in the accompanying drawing, for AUTOMOBILE AND CHASSIS THEREOF, in Class 19, Vehicles, not including engines, and presents herewith five specimens (or facsimiles) showing the trade-mark as actually used by applicant upon the goods and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended. The trade-mark has been continuously used and applied to said goods in applicant's and its assignors' business since 1919. The trade-mark is applied or affixed to the goods or to the packages containing the same by being embossed and imprinted or attached thereon. Said trade-mark has been registered in England No. 528271, and dated 1st January 1932, on application filed 1st January 1932.

Thomas A. Connolly, whose postal address is 1219 13th Street, N. W. Washington, D. C., is designated upon whom notice of proceedings affecting the right of ownership of the said trade-mark, brought under the laws of the United States may be served.

BENTLEY MOTORS (1931) LIMITED,
By F. W. TURNER,
*Secretary.*

COMB. AFF. SEC. 8 & 15
JUL 2 / 1962

PUBLISHED SEC. 12 (c)

JUL 31 1956