# EXHIBIT H

# TABLE OF B IN WINGS REGISTRATIONS

|   | Trademark | U.S. Reg. No. | Registration Date |
|---|---|---|---|
| 1 | | 0344524 | 3/30/1937 |
| 2 | | 3409583 | 4/8/2008 |
| 3 | | 4299942 | 3/12/2013 |
| 4 | | 4718711 | 4/14/2015 |
| 5 | | 4881745 | 1/5/2016 |
| 6 | | 5121498 | 1/17/2017 |