# EXHIBIT I

Int. Cl.: 7

Prior U.S. Cl.: 23

**United States Patent Office**

Reg. No. 1,011,869
Registered May 27, 1975

## TRADEMARK
Principal Register



Lamborghini Trattori S.p.A. (Italian corporation)
9 Via Provinciale
Pieve Di Cento, Bologna, Italy

For: AGRICULTURAL AND INDUSTRIAL TRACTORS, in CLASS 23 (INT. CL. 7).
First use Aug. 1, 1962; in commerce Mar. 20, 1968.

Ser. No. 450,190, filed Mar. 1, 1973.

A. D. HOOKS, Examiner

Int. Cl.: 7

Prior U.S. Cl.: 23

## United States Patent Office

Reg. No. 1,011,869
Registered May 27, 1975

## TRADEMARK
Principal Register



Lamborghini Trattori S.p.A. (Italian corporation)
9 Via Provinciale
Pieve Di Cento, Bologna, Italy

For: AGRICULTURAL AND INDUSTRIAL TRACTORS, in CLASS 23 (INT. CL. 7).
First use Aug. 1, 1962; in commerce Mar. 20, 1968.

Ser. No. 450,190, filed Mar. 1, 1973.

A. D. HOOKS, Examiner