# EXHIBIT J

# TABLE OF LAMBORGHINI BULL CREST REGISTRATIONS

|   | Trademark | U.S. Reg. No. | Registration Date |
|---|---|---|---|
| 1 | | 5107432 | 12/27/2016 |
| 2 | | 4912047 | 3/8/2016 |
| 3 | | 4986530 | 6/27/2016 |
| 4 | | 4366558 | 7/16/2013 |
| 5 | | 4252198 | 12/4/2012 |
| 6 | | 3387515 | 2/26/2008 |
| 7 | | 3717346 | 12/1/2009 |
| 8 | | 3671571 | 8/25/2009 |

| | | | |
|---|---|---|---|
| 9 | Lamborghini logo | 2254847 | 6/22/1999 |
| 10 | LAMBORGHINI logo | 1375514 | 12/17/1985 |