# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUDI AG; BENTLEY MOTORS LIMITED; AUTOMOBILI LAMBORGHINI S.P.A.; and VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> POSH CLOTHING, LLC d/b/a CLUB FOREIGN, TRENDS SOCIETY and TRENDSSOCIETY.COM; PASHA BORSUK; and NICKWON ARVINGER, <br><br> Defendants. | Civil Action No. 18-14254 <br><br> *Document Electronically Filed* <br><br> **STATEMENT PURSUANT TO LOCAL CIVIL RULE 10.1(a)** |

Pursuant to Local Civil Rule 10.1(a), attached hereto as Exhibit A is a Service List that sets forth names and addresses for each party, as well as counsel of record, in the above-captioned action.

Dated:  September 25, 2018  
         Newark, New Jersey

s/ Peter J. Torcicollo  
Peter J. Torcicollo  
**GIBBONS P.C.**  
One Gateway Center  
Newark, New Jersey 07102  
Tel: (973) 596-4819  
Fax: (973) 639-6322  
ptorcicollo@gibbonslaw.com

*Attorneys for Plaintiffs*

## EXHIBIT A

### AUDI AG, et al. v. POSH CLOTHING, LLC, et al.

| **Plaintiffs** | **Defendants** |
|---|---|
| Audi AG<br>2200 Ferdinand Porsche Drive<br>Herndon, Virginia 20171 | Posh Clothing, LLC d/b/a Club Foreign,<br>Trends Society and Trendssociety.com<br>84 Hillside Avenue<br>Springfield, New Jersey 07081 |
| Bentley Motors Limited<br>2200 Ferdinand Porsche Drive<br>Herndon, Virginia 20171 | Pasha Borsuk<br>84 Hillside Avenue<br>Springfield, New Jersey 07081 |
| Automobili Lamborghini S.p.A.<br>2200 Ferdinand Porsche Drive<br>Herndon, Virginia 20171 | Nickwon Arvinger<br>84 Hillside Avenue<br>Springfield, New Jersey 07081 |
| Volkswagen Group of America, Inc.<br>2200 Ferdinand Porsche Drive<br>Herndon, Virginia 20171 | |

### Plaintiffs' Counsel

Peter J. Torcicollo
J. Brugh Lower
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4819
Fax: (973) 639-6322
ptorcicollo@gibbonslaw.com
jlower@gibbonslaw.com

Gregory D. Phillips (*pro hac vice* forthcoming)
**PHILLIPS RYTHER & WINCHESTER**
124 S 600 E
Salt Lake City, UT 84102
Tel:  (801) 935-4935
Fax: (801) 935-4936
gdp@prwlawfirm.com