## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AUDI AG; BENTLEY MOTORS LIMITED; AUTOMOBILI LAMBORGHINI S.P.A.; and VOLKSWAGEN GROUP OF AMERICA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> POSH CLOTHING, LLC d/b/a CLUB FOREIGN, TRENDS SOCIETY and TRENDSSOCIETY.COM; PASHA BORSUK; and NICKWON ARVINGER, <br><br> Defendants. | Civil Action No. 18-14254 <br><br> *Document Electronically Filed* <br><br> **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

Pursuant to Local Civil Rule 11.2, the undersigned, attorney of record for Plaintiffs, hereby certifies that to the best of my knowledge and based upon the information available to me, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Dated:  September 25, 2018
        Newark, New Jersey

s/ Peter J. Torcicollo
Peter J. Torcicollo
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: (973) 596-4819
Fax: (973) 639-6322
ptorcicollo@gibbonslaw.com

*Attorneys for Plaintiffs*